FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

03 APR 16 PM 2:05

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| RONALD PAUL HOWELL, | ) |
| Plaintiff, | ) |
| vs. | ) CV-00-N-0027-E |
| LARRY AMERSON, ET AL., | ) |
| Defendants. | ) |

ENTERED
APR 16 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 21, 2003, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice due to plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a). No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE. A Final Judgment will be entered.

DONE this the 16th day of April, 2003.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE